1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                     * * *
9    MIGUEL CASTILLAS-GUITIERREZ,          Case No. 3:13-cv-00448-MMD-WGC
10                          Petitioner,                  ORDER
         v.
11
12   LEGRAND, et al.,
13                          Respondents.
14

15         This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §

16   2254, by a Nevada state prisoner. The petition was received by the Court on August 21,

17   2013. (Dkt. no. 1.) On September 27, 2013, this Court granted petitioner's motion for

18   counsel and appointed the Federal Public Defender to represent petitioner in this action.

19   (Dkt. no. 3.) On October 22, 2013, Jonathan M. Kirshbaum of the Federal Public

20   Defender's Office appeared on behalf of petitioner. (Dkt. no. 6.) The Court now sets a

21   schedule for further proceedings in this action.

22         It is therefore ordered that counsel for petitioner shall meet with petitioner as

23   soon as reasonably possible, if counsel has not already done so, to: (a) review the

24   procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with

25   petitioner, as fully as possible, the potential grounds for habeas corpus relief in

26   petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus

27   relief must be raised at this time in this action and that the failure to do so will likely

28   result in any omitted grounds being barred from future review.

1    It is further ordered, so that respondents may be electronically served with the
2    amended petition and any exhibits or documents filed through counsel, that the Clerk of
3    Court shall serve respondents with a copy of this order by certified mail to the Office of
4    the Attorney General, Criminal Division, 100 North Carson St., Carson City, NV 89701-
5    4717.  Respondents' counsel shall enter a notice of appearance herein within twenty
6    (20) days of entry of this order.

7    It is further ordered that petitioner shall have ninety (90) days from the date of
8    entry of this order, to file and serve on respondents an amended petition for writ of
9    habeas corpus, which shall include all known grounds for relief (both exhausted and
10   unexhausted).

11   It is further ordered that respondents shall have thirty (30) days after service of
12   an amended petition within which to answer, or otherwise respond to, the amended
13   petition.  If petitioner does not file an amended petition, respondents shall have thirty
14   (30) days from the date on which the amended petition is due within which to answer, or
15   otherwise respond to, petitioner's original petition.

16   It is further ordered that if and when respondents file an answer, petitioner shall
17   have thirty (30) days after service of the answer to file and serve a reply.

18   It further is ordered that any state court record exhibits filed by the parties herein
19   shall be filed with an index of exhibits identifying the exhibits by number or letter.  The
20   CM/ECF attachments that are filed shall further be identified by the number or numbers
21   (or letter or letters) of the exhibits in the attachment.

22   It is further ordered that the parties shall send courtesy (paper) copies of all
23   exhibits presented in support of the amended petition and the response to the amended
24   petition to the Reno Division of this Court. Courtesy copies shall be mailed to the Clerk
25   ///
26   ///
27   ///
28   ///

1 | of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff
2 | Attorney" on the outside of the mailing address label.

      DATED THIS 22nd day of October 2013.

                                        _____
                                        MIRANDA M. DU
                                        UNITED STATES DISTRICT JUDGE

3