UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MIGUEL CASILLAS-GUTIERREZ, | Case No. 3:13-cv-00448-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| LEGRAND, et al., | |
| Respondents. | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Respondents have filed a motion for a third extension of time in which to file a reply in support of the pending motion to dismiss. Respondents seek a thirty (30) day enlargement of time, up to and including September 10, 2014, to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

It is therefore ordered that respondents' motion for a third extension of time to file a reply (dkt. no. 28) is granted. The reply shall be filed on or before September 10, 2014. No further extensions of time will be granted absent extraordinary circumstances.

DATED THIS 12th day of August 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE